# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RONALD L. LAMBERTSON,

      Plaintiff,

v.                                     Case No. 8:20-cv-1661-KKM-TGW

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER

Ronald Lambertson filed this action seeking review of the Commissioner's decision to deny him Supplemental Security Income benefits. (Doc. 1). The Magistrate Judge issued a report recommending that the Court reverse and remand the Commissioner's decision. (Doc. 14). The fourteen-day deadline for the Commissioner to object to the report passed, and no objection was filed. After de novo review, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted.

The following is **ORDERED**:

1.      The Magistrate Judge's Report and Recommendation (Doc. 14) is **ADOPTED**.

2.      The Commissioner's decision is **REVERSED** and **REMANDED** for

proceedings consistent with the Magistrate Judge's report.

3.      The Clerk is directed to enter judgment in Lambertson's favor consistent with 42 U.S.C. §§ 405(g) and 1383(c)(3), terminate any pending motions and deadlines, and close this case.

**ENTERED** in Tampa, Florida, on September 7, 2021.

Kathryn Kimball Mizelle
United States District Judge